UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

MICHAEL ALLEY and TINA ROBBINS,

    Plaintiffs

v.                                          CASE NO:  6:20-cv-1886-Orl-22GJK

DREAMS COLONY 2017, LLC, a Florida limited
liability company d/b/a OCEAN CREST MOTEL;
TZVI KOHN, an individual, and HERBERT RIFKIN,

    Defendants.
_____/

### JOINT NOTICE OF N*ON-OBJECTION* TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION (ECF # 18)

COMES NOW, the Plaintiffs and all Defendants, by and through their undersigned counsel, and notify the Court that they have **no objections** to the Magistrate Judge's Report & Recommendation (ECF # 18).

Respectfully submitted this 21st day of December 2020 by,

| s/. Peter Bober, Esq. | s/. Robyn S. Hankins, Esq. |
|---|---|
| peter@boberlaw.com | Fla Bar No. 0008699 |
| Fla. Bar No. 0122955 | Robyn S. Hankins, PL |
| Bober & Bober, P.A., | 4600 Military Trail, Suite 217 |
| 1930 Tyler Street | Jupiter, FL 33458 |
| Hollywood, FL 33020 | Tel: 561-721-3890 |
| Telephone: (954) 922-2298 | Fax. 561- 721-3889 |
| Facsimile: (954) 922-5455 | robyn@hankins-law.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |