**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL ALLEY and TINA ROBBINS,**

      **Plaintiffs,**

v.                                                        Case No:   6:20-cv-1886-Orl-22GJK

**DREAMS COLONY 2017, LLC, TZVI KOHN and HERBERT RIFKIN,**

      **Defendants.**

---

**ORDER**

This cause is before the Court on Motion for Joint Motion For Judicial Approval Of The Parties' Settlement Agreement And For Dismissal With Prejudice (Doc. 17) filed on December 18, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 19, 2020 (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion For Judicial Approval Of The Parties' Settlement Agreement And For Dismissal With Prejudice (Doc. 17) is hereby **GRANTED**.

3. The case is **DISMISSED** with prejudice.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties